**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 19, 2011.**



In The

# 𝔉ourteenth 𝔆ourt of 𝔄ppeals

_____

## NO. 14-11-00915-CR

_____

## IN RE THE STATE OF TEXAS EX REL. PATRICIA R. LYKOS, Relator

## ORIGINAL PROCEEDING
## WRIT OF MANDAMUS
## 185th District Court
## Harris County, Texas

# MEMORANDUM OPINION

On October 19, 2011, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (Vernon 2004); *see also* Tex. R. App. P. 52. Relator complains that respondent, the Honorable Susan Brown, presiding judge of the 185th District Court of Harris County, denied the "State's Motion for Access to the Grand Jury Room While Grand Jurors Are Not Deliberating." Relator requests we issue an emergency stay of the grand jury proceedings and direct the trial court to reverse her ruling of October 18, 2011.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus and request for emergency stay.

PER CURIAM

Panel consists of Justices Brown, Boyce, and McCally.

Do Not Publish — Tex. R. App. P. 47.2(b).